IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PATRICIA A. KNAPP,<br><br>        Plaintiff,<br><br>vs.<br><br>KEVIN RUSER, in his official capacity; and UNIVERSITY OF NEBRASKA BOARD OF REGENTS,<br><br>        Defendants. | 4:14CV3154<br><br>**MEMORANDUM AND ORDER** |

    Because of past, and present, part-time employment as an adjunct instructor of Trial Advocacy at the University of Nebraska College of Law, I must recuse myself as the trial judge in the present case.

    THEREFORE, IT IS ORDERED that I recuse myself from this case and the Clerk shall refer this matter to the Chief Judge for reassignment.

    DATED this 12th day of August, 2014.

BY THE COURT:

_____
John M. Gerrard
United States District Judge