IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PATRICIA A. KNAPP,<br><br>    Plaintiff,<br><br>vs.<br><br>KEVIN RUSER, AND in his official capacity; and UNIVERSITY OF NEBRASKA BOARD OF REGENTS,<br><br>    Defendants. | 4:14CV3154<br><br>ORDER |

This matter is before the court on the court's own motion pursuant to 28 U.S.C. § 455(a), which states: "Any . . . judge . . . of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." Upon review of the parties and the record in the above-designated case, the undersigned judge shall, and hereby does, recuse himself from the above-designated case pursuant to 28 U.S.C. § 455(a).

  SO ORDERED.

Dated this 21st day of September, 2015

              BY THE COURT:

              s/ Joseph F. Bataillon
              Senior United States District Judge